■ In the Matter of the Claim of MAUDE SOLOMON, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Decision affirmed, without costs. No opinion. Bergan, P. J., Gibson, Reynolds and Taylor, JJ., concur; Herlihy, J. (dissenting). In my opinion there is no substantial evidence to sustain the finding of the board and I would vote to reverse and remit.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT H. HARRIS, Appellant.— Appeal from an order of County Court, Cortland County, which denied appellant's motion to set aside a judgment and sentence. Order denying motion to vacate judgment of Cortland County Court May 1, 1961, sentencing defendant from one-day-to-life, affirmed. It is argued that the sentencing Judge mistakenly believed and stated defendant would receive adequate psychiatric treatment in prison and that he has not received it. The problem is considered in *People* v. *Jackson* (20 A D 2d 170). We decline at this stage of the proceeding to recast the sentence. Bergan, P. J., Gibson, Herlihy and Reynolds, JJ., concur.